Carlos Humberto Cardona
**HERNANDEZ,**
Petitioner,

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 08–73516.

United States Court of Appeals,
Ninth Circuit.

Submitted March 16, 2010.*

Filed March 25, 2010.

Rosaura Del Carmen Rodriguez, Seattle, WA, for Petitioner.

Sheri Robyn Glaser, Trial, OIL, Vanessa Lefort, Ernesto Horacio Molina, Jr., Esquire, Senior Litigation Counsel, DOJ—U.S. Department of Justice, Washington, DC, District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Seattle, WA, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Carlos Humberto Cardona Hernandez, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order summarily affirm-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ing an immigration judge's decision denying his application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Cerezo v. Mukasey*, 512 F.3d 1163, 1166 (9th Cir.2008), except to the extent that deference is owed to the BIA's determination of the governing statutes and regulations, *Simeonov v. Ashcroft*, 371 F.3d 532, 535 (9th Cir.2004). We review factual findings for substantial evidence. *Zehatye v. Gonzales*, 453 F.3d 1182, 1184–85 (9th Cir.2006). We deny the petition for review.

We reject Hernandez's claim that he is eligible for asylum and withholding of removal based upon an imputed anti-gang political opinion or his membership in a particular social group. *See Barrios v. Holder*, 581 F.3d 849, 854–56 (9th Cir. 2009); *Santos–Lemus v. Mukasey*, 542 F.3d 738, 745–46 (9th Cir.2008); *Parussimova v. Mukasey*, 555 F.3d 734, 740–41 (9th Cir.2009) (a protected ground has to be "one central reason" for persecution). Accordingly, because Hernandez failed to demonstrate that he was persecuted on account of a protected ground, we deny the petition as to his asylum and withholding of removal claims. *See Barrios*, 581 F.3d at 856.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.